UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**CARRIE LUFT,**

      **Plaintiff,**

**V.**                                                          **Case No:  2:11-CV-703-FtM-29SPC**

**CITIGROUP GLOBAL MARKETS**
**REALTY CORPORATION, CITI**
**PROPERTY HOLDINGS, INC. and**
**DOES 1-10,**

      **Defendants.**

_____/

## ORDER

This matter comes before the Court on Response to April 5, 2012 Order and Motion for Extension of Deadline to Respond to Amendment (Doc. #14) filed on April 19, 2012. Defendants filed a Motion to Dismiss in this action (Doc. #7) on January 19, 2012. Plaintiff *pro se* Carrie Luft failed to file a response and on April 6, 2012, the District Court ordered that she file a responsive brief to the Motion to Dismiss within 14 days. (Doc. #13). Plaintiff filed a response indicating that she desires to amend her Complaint. She requests that the Court allow her an additional 30 days to amend her Complaint.

The Court will allow Plaintiff additional time to file a *motion* to amend her complaint which the Court will review to determine whether to allow Plaintiff to file an amended complaint. Plaintiff may not file an amended complaint until she is granted leave to do so by this

Court. When filing her motion to amend, Plaintiff shall include a copy of the proposed amended complaint as an attachment for the Court's review. The Court is making no finding at this time as to the merits of such a motion to amend.

Accordingly, it is now

**ORDERED:**

Response to April 5, 2012 Order and Motion for Extension of Deadline to Respond to Amendment (Doc. #14) is **GRANTED in part**. Plaintiff shall have up to and including **May 7, 2012** to file a motion to amend the complaint. If the Plaintiff fails to do so, the Court will proceed on the merits of Defendants' Motion to Dismiss without the benefit of a response.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd Day of April, 2012.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record