UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARRIE LUFT,

    Plaintiff,

v.                               Case No:   2:11-cv-703-FtM-29CM

CITIGROUP GLOBAL MARKETS
REALTY CORPORATION, CITI
PROPERTY HOLDINGS, INC.,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
LONE STAR FUNDS, INC., MARK
H. MULLER, Esq., MARK H.
MULLER, P.A., DANIELLE
SPRADLEY, Esq., MICHAEL
D'ONOFRIO, Esq., BEN-EZRA &
KATZ, P.A., AMERICAN HOME
MORTGAGE SERVICING, INC.,
CITIGROUP GLOBAL MARKETS
INC., CITIGROUP HOME
MORTGAGE, Trust 2007-AHL3,
LIQUIDATION PROPERTIES,
INC., ACCREDITED HOME
LENDERS HOLDING CO., as
successor in interest to Accredited
Home Lenders, Inc., and JOHN
AND JANE DOES 1-10,

    Defendants.

## ORDER

This matter comes before the Court upon review Plaintiff's Motion to Allow Electronic Filing (Doc. #64) filed on January 13, 2014. Plaintiff, who is representing herself *pro se* in this matter, requests electronic notification of filings via the Court's Case Management and Electronic Case Filing (CM/ECF) system, as well as the ability

to file documents electronically. No grounds for the request were included in the Motion.

This Court's Administrative Procedures for Electronic Filing state that *pro se* litigants are not allowed to utilize CM/ECF without authorization from the Court. The Court, having reviewed the Motion and considered the circumstances, does not find good cause exists to allow the Plaintiff access to electronic notification and/or filing. Plaintiff may prosecute this lawsuit via the U.S. Mail and by accessing the computer terminals at the Clerk's Office in Fort Myers. Plaintiff is cautioned that she must stay apprised of this matter and participate fully, complying with both the Local Rules and the Federal Rules of Civil Procedure.[1]

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion to Allow Electronic Filing (Doc. #64) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of February, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
*Pro se* parties

---

[1] Of course, Plaintiff may communicate with opposing counsel through email and phone. Plaintiff has provided her email address and phone number on filings thus far.